960 A.2d 735

IN THE MATTER OF GARY L. MASON, AN ATTORNEY AT LAW.

November 13, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–113, concluding that **GARY L. MASON** of **MANALAPAN,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.9(a) and (c)(1)(conflict of interest—former client) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **GARY L. MASON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.